THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
TRACIE YVONNE WALKER

CASE NO.: 3:13-bk-02218-PMG
Chapter 13

_____ Debtor      /

Estimated Time if a hearing is required: 10 Minutes

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

COMES NOW, DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, pursuant to Bankruptcy Rule 3002.1(f) who hereby gives notice that the above referenced Debtor has completed the Confirmed Chapter 13 Bankruptcy Plan by making all required payments.  Accordingly, the Debtor has paid in full the amount required to cure any default on Claim 5 of Bsi Financial Services.  This creditor shall forever be barred from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including, but not limited to: late penalties or fees, post petition attorney fees and costs of collection not approved by the Court, and miscalculated interest due to misapplication of payments as those payments were received from the Trustee.

The holder of the claim is obligated to file and serve a response to this Notice pursuant to F.R.B.P. Rule 3002.1(g) within 21 days of the service of this Notice.

WHEREFORE the Trustee hereby gives notice of the completion of the Confirmed Chapter 13 plan and notice that the account due and owing to Bsi Financial Services is deemed current under the terms of the confirmed plan with no further Order being needed unless a timely objection is filed.

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was served by electronic transmission, facsimilie transmission, and/or U. S. Mail on this 20th day of July, 2018 to the following:

Gerald B Stewart Esquire, 24 N Market Street Ste 402,   Jacksonville, FL 32202
Tracie Yvonne Walker, 2382 Winterwood Cir E, Jacksonville, FL 32210
Bsi Financial Services, P O Box 679002,   Dallas, TX 75267
Bank Of America, 8201 Peters Rd Ste 3000, Plantation, Fl 33324

/s/ Douglas W. Neway